GARY M. RESTAINO
United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

____ FILED ____ LODGED
____ RECEIVED ____ COPY

SEP 1 4 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-1191-PHX-JJT (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | |
| 1. Mercedes Elesse Holyfield, and (Counts 1–57) | VIO: 18 U.S.C. § 371 (Conspiracy) Count 1 |
| 2. Jerone Dayvon Williams, (Counts 1–2, 58–85) | 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing Firearms without a License) Count 2 |
| Defendants. | 18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 3–29; 58–65 |
| | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement in Connection with the Acquisition of a Firearm) Counts 30–57; 66–85 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about March 1, 2019, through on or about March 5, 2022, within the District of Arizona, Defendants MERCEDES ELESSE HOLYFIELD and JERONE DAYVON WILLIAMS did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements and representations to licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A), and to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### Purpose of the Conspiracy

The purpose of this conspiracy was to purchase firearms from licensed dealers of firearms by means of false statements and representations and to resell those firearms for profit.

### The Means and Methods of the Conspiracy

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that Defendants MERCEDES ELESSE HOLYFIELD and JERONE DAYVON WILLIAMS and/or their co-conspirators would purchase multiple firearms of the same make, model, and caliber by knowingly making material false statements to the licensed dealers of those firearms.

It was a further part of the conspiracy that Defendants MERCEDES ELESSE HOLYFIELD and JERONE DAYVON WILLIAMS would resell those firearms for profit.

### Overt Acts

In furtherance of the conspiracy, one or more of the co-conspirators committed, and caused to be committed, the overt acts described below:

Between on or about March 1, 2019, through on or about March 5, 2022, on 30

separate occasions, Defendant MERCEDES ELESSE HOLYFIELD knowingly made a false statement and representation to twelve businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, in connection with acquiring a firearm.

Between on or about March 1, 2019, through on or about March 5, 2022, on 21 separate occasions, Defendant JERONE DAYVON WILLIAMS knowingly made a material false statement to eight businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, in connection with acquiring a firearm.

At the time of the commission of each of these aforementioned overt acts, none of the aforementioned Defendants or their co-conspirators had a license or any other lawful authority to deal in firearms within the meaning of Chapter 44, Title 18, United States Code.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

Between on or about March 1, 2019, through on or about March 5, 2022, in the District of Arizona, Defendants MERCEDES ELESSE HOLYFIELD and JERONE DAYVON WILLIAMS, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 3 – 29

On or about the dates below, in the District of Arizona, Defendant MERCEDES ELESSE HOLYFIELD knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business,

in that Defendant MERCEDES ELESSE HOLYFIELD did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that she resided at the address listed on the Form 4473, when in truth and fact, she knew that she resided at a different address:

| Count | Date | Business Name |
|---|---|---|
| 3. | February 19, 2020 | Pioneer Pawn (Mesa, Arizona) |
| 4. | October 8, 2020 | AJI Sports (Apache Junction, Arizona) |
| 5. | October 10, 2020 | Aztec Pawn and Gold (Phoenix, Arizona) |
| 6. | October 21, 2020 | AJI Sports (Apache Junction, Arizona) |
| 7. | October 29, 2020 | AJI Sports (Apache Junction, Arizona) |
| 8. | October 29, 2020 | Glockmeister (Mesa, Arizona) |
| 9. | December 7, 2020 | AZ Firearms (Tempe, Arizona) |
| 10. | December 27, 2020 | AJI Sports (Apache Junction, Arizona) |
| 11. | December 29, 2020 | Mr. Silencer (Mesa, Arizona) |
| 12. | January 5, 2021 | AJI Sports (Apache Junction, Arizona) |
| 13. | January 5, 2021 | AZ Firearms (Gilbert, Arizona) |
| 14. | January 5, 2021 | Pistol Parlor (Mesa, Arizona) |
| 15. | February 1, 2021 | Glockmeister (Mesa, Arizona) |
| 16. | February 5, 2021 | AZ Firearms (Tempe, Arizona) |
| 17. | February 8, 2021 | Ammo A-Z (Phoenix, Arizona) |
| 18. | February 8, 2021 | Tombstone Tactical (Phoenix, Arizona) |
| 19. | March 6, 2021 | AJI Sports (Apache Junction, Arizona) |
| 20. | November 1, 2021 | AJI Sports (Apache Junction, Arizona) |
| 21. | November 17, 2021 | AJI Sports (Apache Junction, Arizona) |
| 22. | December 24, 2021 | AJI Sports (Apache Junction, Arizona) |

| Count | Date | Business Name |
|---|---|---|
| 23. | February 4, 2022 | AJI Sports (Apache Junction, Arizona) |
| 24. | February 4, 2022 | Superpawn (Mesa, Arizona) |
| 25. | February 7, 2022 | Mo Money Pawn (Phoenix, Arizona) |
| 26. | February 8, 2022 | Mr. Silencer (Mesa, Arizona) |
| 27. | February 15, 2022 | AZ Firearms (Tempe, Arizona) |
| 28. | March 1, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 29. | March 5, 2022 | AMMO A-Z (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 30 – 57

On or about the dates below, in the District of Arizona, Defendant MERCEDES ELESSE HOLYFIELD, in connection with the acquisition of a firearm from the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false or fictitious statement intended and likely to deceive the business as to a fact material to the lawfulness of the sale of a firearm, in that Defendant MERCEDES ELESSE HOLYFIELD did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that she was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant MERCEDES ELESSE HOLYFIELD knew that she was buying the firearm on behalf of another:

| Count | Date | Business Name |
|---|---|---|
| 30. | March 1, 2019 | Mr. Silencer (Mesa, Arizona) |
| 31. | February 19, 2020 | Pioneer Pawn (Mesa, Arizona) |
| 32. | October 6, 2020 | Pistol Parlor (Mesa, Arizona) |
| 33. | October 8, 2020 | AJI Sports (Apache Junction, Arizona) |

| Count | Date | Business Name |
|---|---|---|
| 34. | October 10, 2020 | Aztec Pawn and Gold (Phoenix, Arizona) |
| 35. | October 21, 2020 | AJI Sports (Apache Junction, Arizona) |
| 36. | October 29, 2020 | AJI Sports (Apache Junction, Arizona) |
| 37. | October 29, 2020 | Glockmeister (Mesa, Arizona) |
| 38. | December 7, 2020 | AZ Firearms (Tempe, Arizona) |
| 39. | December 27, 2020 | AJI Sports (Apache Junction, Arizona) |
| 40. | December 29, 2020 | Mr. Silencer (Mesa, Arizona) |
| 41. | January 5, 2021 | AJI Sports (Apache Junction, Arizona) |
| 42. | January 5, 2021 | AZ Firearms (Gilbert, Arizona) |
| 43. | January 5, 2021 | Pistol Parlor (Mesa, Arizona) |
| 44. | February 1, 2021 | Glockmeister (Mesa, Arizona) |
| 45. | February 5, 2021 | AZ Firearms (Tempe, Arizona) |
| 46. | February 8, 2021 | Ammo A-Z (Phoenix, Arizona) |
| 47. | February 8, 2021 | Tombstone Tactical (Phoenix, Arizona) |
| 48. | March 6, 2021 | AJI Sports (Apache Junction, Arizona) |
| 49. | November 1, 2021 | AJI Sports (Apache Junction, Arizona) |
| 50. | November 17, 2021 | AJI Sports (Apache Junction, Arizona) |
| 51. | February 4, 2022 | AJI Sports (Apache Junction, Arizona) |
| 52. | February 4, 2022 | Superpawn (Mesa, Arizona) |
| 53. | February 7, 2022 | Mo Money Pawn (Phoenix, Arizona) |
| 54. | February 8, 2022 | Mr. Silencer (Mesa, Arizona) |
| 55. | February 15, 2022 | AZ Firearms (Tempe, Arizona) |
| 56. | March 1, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 57. | March 5, 2022 | AMMO A-Z (Phoenix, Arizona) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 58 – 65

On or about the dates below, in the District of Arizona, Defendant JERONE DAYVON WILLIAMS knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JERONE DAYVON WILLIAMS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address:

| Count | Date | Business Name |
|---|---|---|
| 58. | May 2, 2020 | Pistol Parlor (Mesa, Arizona) |
| 59. | October 23, 2021 | Pioneer Pawn (Mesa, Arizona) |
| 60. | November 17, 2021 | AJI Sports (Apache Junction, Arizona) |
| 61. | February 15, 2022 | AJI Sports (Apache Junction, Arizona) |
| 62. | February 15, 2022 | AZ Firearms (Tempe, Arizona) |
| 63. | March 2, 2022 | AJI Sports (Apache Junction, Arizona) |
| 64. | March 5, 2022 | AJI Sports (Apache Junction, Arizona) |
| 65. | March 5, 2022 | AMMO A-Z (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 66 – 85

On or about the dates below, in the District of Arizona, Defendant JERONE DAYVON WILLIAMS, in connection with the acquisition of a firearm from the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false or fictitious statement intended and likely to deceive the business as to a fact material to the lawfulness of the sale of a firearm, in that

- 7 -

Defendant JERONE DAYVON WILLIAMS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant JERONE DAYVON WILLIAMS knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name |
|---|---|---|
| 66. | March 1, 2019 | Pistol Parlor (Mesa, Arizona) |
| 67. | July 5, 2019 | Pioneer Pawn (Mesa, Arizona) |
| 68. | May 2, 2020 | Pistol Parlor (Mesa, Arizona) |
| 69. | October 21, 2020 | AJI Sports (Apache Junction, Arizona) |
| 70. | November 9, 2022 | Glockmeister (Mesa, Arizona) |
| 71. | December 26, 2020 | Pioneer Pawn (Mesa, Arizona) |
| 72. | December 27, 2020 | AJI Sports (Apache Junction, Arizona) |
| 73. | January 7, 2021 | AZ Firearms (Gilbert, Arizona) |
| 74. | January 9, 2021 | AZ Firearms (Gilbert, Arizona) |
| 75. | February 5, 2021 | AZ Firearms (Tempe, Arizona) |
| 76. | February 8, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 77. | February 8, 2021 | Tombstone Tactical (Phoenix, Arizona) |
| 78. | February 15, 2021 | Glockmeister (Mesa, Arizona) |
| 79. | February 20, 2021 | AZ Firearms (Tempe, Arizona) |
| 80. | October 23, 2021 | Pioneer Pawn (Mesa, Arizona) |
| 81. | February 15, 2022 | AJI Sports (Apache Junction, Arizona) |
| 82. | February 15, 2022 | AZ Firearms (Tempe, Arizona) |
| 83. | March 2, 2022 | AJI Sports (Apache Junction, Arizona) |

| Count | Date | Business Name |
|---|---|---|
| 84. | March 5, 2022 | AJI Sports (Apache Junction, Arizona) |
| 85. | March 5, 2022 | AMMO A-Z (Phoenix, Arizona) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 85 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 85 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including, but not limited to the following involved and used in the offense:

- Glock Model 42 .380 Pistol, Serial Number AGBA110;
- Smith & Wesson M&P .45 Shield Pistol, Serial Number HNX9848; and
- Smith & Wesson M&P 9, 9 cal. Pistol, Serial Number HND4736.

If any of the forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuit to Title 21, United

- 9 -

States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: September 14, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
COLEEN SCHOCH
Assistant U.S. Attorney